# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

## CATEGORY SHEET

You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).

Attorney Name (Last, First, MI): Vicente-Colón, Harold D.

USDC-PR Bar Number: 211805

Email Address: hdvc@vc-law.net

1. Title (caption) of the Case (provide only the names of the first party on each side):

   Plaintiff: Bancrédito International Bank Corporation

   Defendant: Data Hardware Supply, Inc.; Franco D'Agostino; Dayco Telecom C.A.

2. Indicate the category to which this case belongs:

   [X] Ordinary Civil Case
   [ ] Social Security
   [ ] Banking
   [ ] Injunction

3. Indicate the title and number of related cases (if any).


4. Has a prior action between the same parties and based on the same claim ever been filed before this Court?

   [ ] Yes
   [X] No

5. Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

   [ ] Yes
   [X] No

6. Does this case question the constitutionality of a state statute? (See, Fed.R.Civ. P. 24)

   [ ] Yes
   [X] No

Date Submitted: January 8, 2018

rev. Dec. 2009

[Print Form]   [Reset Form]